Clear Form

**FILED**
OCT -1 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CV 25-08380 TSH**

BOBBY D GRAY III

        Plaintiff,

vs.

JOHN DOE TELEMARKETER(S) and DOES 1-10,

        Defendant.

CASE NO. _TBD_____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, _Bobby D Gray III_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____October 2024_____1200/mo_____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.   Business, Profession or              Yes ___ No ✓
8           self employment?
9      b.   Income from stocks, bonds,           Yes ___ No ✓
10          or royalties?
11     c.   Rent payments?                       Yes ___ No ✓
12     d.   Pensions, annuities, or              Yes ___ No ✓
13          life insurance payments?
14     e.   Federal or State welfare payments,   Yes ___ No ___
15          Social Security or other govern-   Financial Aid Dept Education
16          ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.   $2600 → vehicle purchase
19 Dept Education $6000 : $1600 → rent $400 → phone/internet access
20   $250 → household supplies $150 clothing personal care
     $400 food/groceries $300 transportation
21 3.   Are you married?                         Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support.  (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?        Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?                   Yes ✓ No ___

7   Make  Audi  _____  Year  2000 _____  Model  A4 Avant _____

8   Is it financed? Yes _____ No ✓  If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank:  Chime Financial _____

12  _____

13  Present balance(s): $ __50_____

14  Do you own any cash? Yes ✓ No ___ Amount: $ __20__

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                  Yes ✓ No ___

17  _____ macmini $400 _____

18  8.   What are your monthly expenses?

19  Rent: $ __800_____  Utilities: __60_____

20  Food: $ __260_____  Clothing: __40_____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____   $ _____   $ _____

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  City/County of S.F. $1,200 County of Placer $750 Antzu Car Rental $100

-3-

personal loan $2,000 friend 1,200 past due

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/17/25                               [signature]
DATE                                  SIGNATURE OF APPLICANT