UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

OCT 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV25-08380

BOBBY D GRAY III
1544 Polk Street #9
San Francisco, CA 94109
(415) 374-6444
bdg.iii@icloud.com

Plaintiff, Pro Se

| | |
|---|---|
| BOBBY D GRAY III, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE TELEMARKETER(S), and DOES 1-10, <br><br> Defendants. | Case No. (TBD) <br><br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY |

Having reviewed Plaintiff's Motion for Expedited Discovery and finding good cause, the Court hereby ORDERS as follows:

1. Plaintiff's Motion for Expedited Discovery is **GRANTED.**

2. Plaintiff may serve subpoenas under Federal Rule of Civil Procedure 45 on the telecommunications carriers and/or VoIP providers responsible for telephone numbers **(415) 513-0735** (September 16, 2025 call) and **(415) 481-0205** (September 17, 2025 call at approximately 10:12 a.m. PT).

3. Each subpoena shall be limited to seeking information sufficient to identify the subscriber(s) and/or entity(ies) responsible for the calls at issue, including

subscriber name, address, account records, call detail records, and call routing/SIP data for the relevant date and time.

4. Plaintiff may use any information disclosed in response to the subpoenas solely for the purpose of identifying and serving the Defendants in this action.

IT IS SO ORDERED.

Dated: _____

_____

United States District Judge

(PROPOSED) ORDER                    2