UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY D. GRAY III,
Plaintiff,
v.
JOHN DOE TELEMARKETER(S),
Defendant.

Case No. 25-cv-08380-TSH

**ORDER RE: MOTION FOR EXPEDITED DISCOVERY**

Re: Dkt. No. 3

Plaintiff Bobby Gray III has filed a Motion for Expedited Discovery to serve third-party subpoena(s) on Defendants' telecommunications provider(s) to discover Defendants' identities. ECF No. 3. The Court **ORDERS** Plaintiff to provide the names of the provider(s) he seeks to subpoena by October 17, 2025.

**IT IS SO ORDERED.**

Dated: October 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California