Bobby D Gray III
1544 Polk St #9
San Francisco CA 94109

FILED
OCT 29 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY D. GRAY III<br>Plaintiff<br>v.<br>JOHN DOE TELEMARKETERS,<br>Defendants | Case No: 25-cv-08380-TSH<br>Statement Re: Names for Subpoenas<br>Dkt No. 3 |

I have provided the names of the telecommunications providers to whom I wish to serve subpoenas. They are: Lumen Technologies/Level 3 Communications, Inteliquent (Neutral Tandem), and AT&T/Bell South. I sent this information to the Court in the form of completed subpoenas for the court to sign. Thank you.

Dated: October 24, 2025

Bobby Gray III
Plaintiff In Pro Per