Bobby Gray
1544 Polk #9
S.F. CA 94109

SAN FRANCISCO CA 940

27 OCT 2025 PM 5 L

1775

forever
usa

MANATEE

Office of the Clerk
U.S. District Court
450 Golden Gate Ave

San Francisco CA
94102

94102-348999

RECEIVED

OCT 29 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA