UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY D. GRAY,

           Plaintiff,

    v.

JOHN DOE TELEMARKETER(S),

           Defendant.

Case No. 25-cv-08380-TSH

**ORDER TO SHOW CAUSE**

Plaintiff Bobby Gray III, appearing pro se, brings this action under the Telephone Consumer Protection Act, seeking damages for unsolicited telemarketing calls. On October 22, 2025, the Court granted Plaintiff's motion to serve Rule 45 subpoenas to learn the identities of the telemarketers he intends to name as defendants. ECF No. 12.

At the time of filing, the Court set a case management conference for January 15, 2026. ECF No. 4. However, as of January 9, there was no indication that any defendant had been served, and the Court therefore continued the conference to April 16, with a case management statement due by April 9. ECF No. 14. As of April 10, there remained no indication that any defendant had been served, and Plaintiff had made no appearance since October 2025. As such, the Court vacated the April 16 conference and ordered Plaintiff to file a status report by April 23, 2026. ECF No. 15. As of today, Plaintiff has still made no appearance.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Bobby D. Gray to show cause why this case should not

United States District Court
Northern District of California

be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by May 14, 2026.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>.  Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: April 30, 2026

THOMAS S. HIXSON
United States Magistrate Judge

2