UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY D. GRAY,

Plaintiff,

v.

JOHN DOE TELEMARKETER(S),

Defendant.

Case No. 25-cv-08380-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE TO DISMISS CASE WITHOUT PREJUDICE**

Plaintiff, proceeding pro se, filed this case on October 1, 2025, seeking recompense under the Telephone Consumer Protection Act for unsolicited telemarketing calls. The assigned magistrate judge set a case management conference and then continued that conference because there was no indication that Plaintiff had served any defendant. Plaintiff did not indicate any intention to appear at the rescheduled conference, so the magistrate judge vacated it and issued an order to show cause why this case should not be dismissed for failure to prosecute. The Plaintiff did not respond to the order to show cause, and the magistrate judge issued a Report and Recommendation that this case be dismissed for failure to prosecute without prejudice. Plaintiff did not object to the magistrate judge's Report and Recommendation. Therefore, for the reasons set out in the Report and Recommendation, this case is dismissed without prejudice.

**IT IS SO ORDERED**.

United States District Court
Northern District of California

United States District Court
Northern District of California

Dated: August 13, 2026

RICHARD SEEBORG
United States District Judge